JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>KAREN CORNSTOCK *et al.*,<br><br>Defendants. | Case No. 2:18-cv-06518-CBM (MAA)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the entire action is dismissed without prejudice.

DATED:

SEPTEMBER 13, 2019

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE